JOSEPH PEDRI, Appellant, v JEANNE PEDRI, Respondent.

Submitted August 20, 2007; decided October 16, 2007

Reported below, 2007 NY Slip Op 72805(U).

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY LESCH, Appellant.

Submitted September 4, 2007; decided October 16, 2007

Reported below, 38 AD3d 1129.

Motion for reargument of motion for leave to appeal denied [*see* 8 NY3d 816 (2007)]. Motion for poor person relief dismissed as academic.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSHUA LINER, Appellant.

Submitted August 13, 2007; decided October 16, 2007

Reported below, 33 AD3d 479.

Motion for reargument denied [*see* 9 NY3d 856 (2007)].

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN CHIARELLO, Appellant, v JAMES L. BERBARY, as Superintendent of Collins Correctional Facility, Respondent.

Submitted September 4, 2007; decided October 16, 2007

Reported below, 34 AD3d 1277.

Motion for reargument of motion for leave to appeal denied [*see* 8 NY3d 858 (2007)].